IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-00006 |
| | ) | Chief Judge Haynes |
| CHRISTOPHER BECKUM, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon review of the file and the probation officer's report, Defendant's motion for early release from the supervised release condition that he reside in a halfway house is **GRANTED**, effective the date of this Order. Defendant shall reside at his mother's residence pending further order of the Court.

It is so **ORDERED**.

ENTERED this the 3rd day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court